S. LANE TUCKER
United States Attorney

MAC CAILLE PETURSSON
MICHAEL J. HEYMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov
Email: michael.heyman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00114-SLG-KFR |
|---|---|
| Plaintiff, | COUNTS 1-2 |
| vs. | THEFT OF GOVERNMENT FUNDS |
| SARAH KORN, | Vio. of 18 U.S.C. § 641 |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning in or about October 2019, and continuing until in or about September 2023, within the District of Alaska, the defendant, SARAH KORN, did knowingly embezzle, steal, convert to her own use, and convert to the use of another money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security Administration Title II (Federal Old-Age, Survivors, and

Disability Insurance) benefits, with the intent of depriving the owner of the use and benefit of that money.

All of which is in violation of 18 U.S.C. § 641.

## COUNT 2

On or about April 7, 2021, within the District of Alaska, the defendant, SARAH KORN, did knowingly embezzle, steal, convert to her own use, and convert to the use of another money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, a U.S. Department of the Treasury COVID stimulus payment, a payment that was disbursed in connection with a major disaster or emergency, with the intent of depriving the owner of the use and benefit of that money.

All of which is in violation of 18 U.S.C. § 641.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Michael J. Heyman
MICHAEL J. HEYMAN
MAC CAILLE PETURSSON
Assistant U.S. Attorneys
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

Date: 10/15/24